IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 05-51-GMS |
| ) | Criminal Action No. 05-80-GMS |
| MICHAEL J. ANDERSON, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count One

On or about January 31, 2005, in or near Mount Holly, in the State and District of New Jersey, Michael J. Anderson, defendant herein, by intimidation, did take from the person and presence of a bank employee a sum of money belonging to and in the care, custody, control, management, and possession of Citizens Bank, 531 High Street, Mount Holly, New Jerse6, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 8-30-05

FILED
AUG 30 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE