UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>**MICHAEL J. ANDERSON**<br><br>        Defendant. | )<br>)<br>)<br>)<br>) CASE NO. **CR 05-80-GMS**<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **31ST** day of **AUGUST**, 2005,

ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

                                                _____<br>
                                                Honorable Gregory M. Sleet<br>
                                                **United States District Judge**

cc: Federal Public Defender
    704 King Street
    First Federal Plaza, Suite 110
    Wilmington, DE 19801
    (302) 573-6010

    Defendant
    United States Attorney



F I L E D

AUG 3 1 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE